| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

MICHAEL DAVID STUNTZ, §
 Plaintiff, §
§
versus §
§
§ CASE NO. 1:17-CV-00033-MAC
§
LION ELASTOMERS LLC, HOWARD §
SCOTT HARDEGREE, TRUDY LORD, §
TOM ROGERS, PAULA SHARP, JAMES §
MOSLEY, §
 Defendants. §
§

**ORDER ADOPTING REPORT AND RECOMMENDATION**

 This case is assigned to the Honorable Zack Hawthorn, United States Magistrate Judge, for pre-trial management. On June 13, 2019, Judge Hawthorn entered a report (Doc. No. 68) recommending that the Court grant Defendants' "Motion for Summary Judgment" (Doc. No. 53) and grant Defendants' "Motion to Seal Exhibit M." Doc. No. 54.

 A party who files timely, written objections to a magistrate judge's report and recommendation is entitled to a *de novo* determination of those findings or recommendations to which the party specifically objects. 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b)(2)-(3). "Parties filing objections must specifically identify those findings [to which they object]. Frivolous, conclusive or general objections need not be considered by the district court." *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc).

 The court has conducted a *de novo* review of the magistrate judge's report and recommendation and has carefully considered the Plaintiffs' objections. *See* Doc. No. 70. The

court finds that the magistrate judge's conclusions are correct and the objections are largely a restatement of previously asserted arguments.

It is, therefore, **ORDERED** that Plaintiff's objections (Doc. No. 70) are **OVERRULED**, the magistrate judge's report and recommendation (Doc. No. 68) is **ADOPTED**, and Defendants' "Motion for Summary Judgment" (Doc. No. 53) is **GRANTED**.

A final judgment will be entered separately.

SIGNED at Tyler, Texas, this 27th day of June, 2019.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE